COA # 10-12-00100-CR

OFFENSE: Indecency with a Child

STYLE: The State of Texas v. Rolando Barragan

COUNTY: McLennan

_____ MOTION

TRIAL COURT: 19th District Court
TRIAL COURT #: 2011-1161-C1
TRIAL COURT JUDGE: Hon. Ralph T. Strother
DISPOSITION: reversed & remanded

FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

DATE: July 25, 2013

JUSTICE: Chief Justice Gray   PC _____ S YES

PUBLISH: YES _____   DNP: _____

CLK RECORD: May 8, 2012
RPT RECORD: June 26, 2012
STATE BR: August 14, 2012
APE BR: November 15, 2012

SUPP CLK RECORD: _____
SUPP RPT RECORD: _____
SUPP LTR BR: January 11, 2013 & June 20, 2013
SUPP LTR BR: June 21, 2013

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

--------------------

APPELLEE'S _____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
refused
DATE: Dec 10, 2014
JUDGE: PC

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____   PC: _____
PUBLISH: _____   DNP: _____

--------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____